CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 28 2011

JULIA C. DUDLEY, CLERK
BY: /s/
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL JOSEPH SMARR, | ) | CASE NO. 7:11CV00599 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| MR. STAPLES, ET AL., | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 28th day of December, 2011.

　　　　　　　　　　　　　　　　　／s／ James C. Turk
　　　　　　　　　　　　　　　　　Senior United States District Judge